

**NUMBER 13-14-00106-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CRYSTAL HINOJOSA,                                                       APPELLANT,

v.

BEE HOUSING AUTHORITY,                                              APPELLEE.

**On appeal from the County Court
of Bee County, Texas.**

# ORDER

**Before Justices Garza, Benavides, and Perkes
Order Per Curiam**

Appellant, Crystal Hinojosa, has filed a "Pauper's Oath." Accordingly, we issue this notice and order, accompanied by "Pauper's Oath," to the trial court and the court reporter, and all parties. *See* Tex. R. App. P. 20.1. The deadline for filing a contest to Hinojosa's request to proceed as an indigent party, if any, is on or before the expiration of ten days from the date of this order.

PER CURIAM

Delivered and filed the
26th day of March, 2014.